Joseph M. Kar (SBN 207414)
**LAW OFFICE OF JOSEPH M. KAR, PC**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 501-6930
Facsimile: (818) 501-6935

Gerald L. Kroll, Esq. (SBN 066493)
**KROLL LAW FIRM**
970 West Broadway, Ste. E-200
Jackson, WY 83001
Tel: 310-598-1255

Attorneys for PLAINTIFFS, LEVI COBOS, individually, and those similarly situated,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT IN STATE OF CALIFORNIA**

| | |
|---|---|
| **LEVI COBOS**, an individual and those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>**ROBINHOOD FINANCIAL LLC**, a business form unknown; **ROBINHOOD SECURITIES, LLC**, a business form unknown; **ROBINHOOD MARKETS, INC.**, a business form unknown,<br><br>Defendant(s), | USDC Case No.: 21-CV-00843<br><br>[Class Action and Business & Professions Code § 17200]<br><br>[Assigned to Honorable Christina A. Snyder, in Courtroom 8D of the First Street Courthouse, for all purposes including trial]<br><br>**NOTICE OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR OSC RE: PRELIMINARY INJUNCTION**<br><br>**DATE: 2/4/2021**<br>**CTRM: 8D** |

**TO THE HONORABLE CHRISTINA A. SYNDER, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN** that, **PLAINTIFF**, **LEVI COBOS**, and for those similarly situated, and hereby respectfully shall and does apply ex parte to this Court for a temporary restraining order and/or OSC re: preliminary injunction. The ex parte application will be filed on the morning of February 2, 2021 in Courtroom 8D of the United States District Court, Central District, First Street Courthouse, and on the grounds of the irreparable harm caused

1  by Defendants, and each of them, and the substantial likelihood of prevailing on the merits
2  in favor of Plaintiff, warranting a temporary restraining order and/or OSC re: preliminary
3  injunction, restraining and enjoining Defendants, ROBINHOOD FINANCIAL LLC;
4  ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC. (hereinafter collectively,
5  "Robinhood"), from, or continuing to, suspend the "buy" feature/button on its "app," and to
6  restore full functionality to its app until further order of this Court or government agency.

7        Pursuant to the Court's and judge's procedures, the court will notify counsel of any
8  hearing and whether oral arguments will be permitted.  Local Rule 7-19; Judge's Rules.

9        This ex parte application is made based on this notice, the memorandum of points
10 and authorities, and accompanying documents in support, and the Courts files and records
   in this action.

11

12 Dated: February 2, 2021

                Respectfully Submitted,
                **LAW OFFICE OF JOSEPH M. KAR, PC**

13

14                 /*Joseph M. Kar*/
        By: _____

15                 Joseph M. Kar

16                 and

17                 Gerald L. Kroll
                **KROLL LAW FIRM**
18

19 Attorneys for Plaintiff, **LEVI COBOS**, an individual, and on behalf of those similarly situated,

20

21

22

23

24

25

26

27

28