# EXHIBIT 1

$7.92
AMC

| 1D | 1W | 1M | 3M | 1Y | 5Y | |

## Your Position

| Shares | Market Value |
|--------|--------------|
| 250 | $1,978.78 |

| Avg Cost | Portfolio Diversity |
|----------|---------------------|
| $18.75 | 11.26% |

Today's Return

Total Return

**Sell**

Buy

✕

**Today's Volume**
224,569,227

⚠ You can close out your position in this stock, but you cannot purchase additional shares.