# EXHIBIT 2

7:38  .ıl 5GE 🔋

‹ View BB

# BB $24 Call
## $0.45
▼ $4.58 (91.05%)



1D    1W

**Your Position**

BB Share Price
$15.31

Sell

Buy

✕

⚠ You can close out your position in this option, but you can't buy additional contracts.

