UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   LACV 21-00843-VAP-MRWx                                Date: February 10, 2021

Title   *Levi Cobos v. Robinhood Financial LLC, et al.*

Present: The Honorable:   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph M. Kar - VTC | Naeun Rim -VTC |
| Gerald L. Kroll - VTC | Antony L. Ryan -VTC |
|  | Kevin J. Orsini - VTC |

**Proceedings: Ex Parte Application for Temporary Restraining Order And/Or OSC Re: Preliminary Injunction filed by Plaintff Levi Cobos [9] (Video-Teleconference)**

The Court issues its tentative ruling prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Court and counsel confer as stated on the record. The Court takes the mater under submission. An Order will issue.

0:36 min

**Initials of Preparer**     CCH