Joseph M. Kar (SBN 207414)
**LAW OFFICE OF JOSEPH M. KAR, PC**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 501-6930
Facsimile: (818) 501-6935

Gerald L. Kroll, Esq. (SBN 066493)
**KROLL LAW FIRM**
970 West Broadway, Ste. E-200
Jackson, WY 83001
Tel: 310-598-1255

Attorneys for PLAINTIFFS, LEVI COBOS, individually, and those similarly situated,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT IN STATE OF CALIFORNIA

| | |
|---|---|
| **LEVI COBOS**, an individual on behalf of those similarly situated,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>**Robinhood Financial LLC**, **Robinhood Securities, LLC**, and **Robinhood Markets, Inc.**<br><br>　　　　　Defendant(s), | Case No. 21-CV-00843-VAP-MRW<br><br>Class Action and Business & Professions Code § 17200<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AND ALL CAUSES OF ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

　　　COME NOW, PLAINTIFF, LEVI COBOS, an individual and for those similarly situated in his action, by and through his counsel, and DEFENDANTS, **ROBINHOOD FINANCIAL LLC**, **ROBINHOOD SECURITIES, LLC**, and **ROBINHOOD MARKETS, INC.**, hereby enter into the following stipulation:

　　　**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above captioned action and all causes of action as to all Defendants, shall be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

---

STIPULATION TO DISMISS

**IT IS FURTHER STIPULATED** by and between the parties to this action through their designated counsel that all parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED**.

Dated: March 4, 2021

Respectfully Submitted,
**LAW OFFICE OF JOSEPH M. KAR, PC**
**KROLL LAW FIRM**

By: _____
Joseph M. Kar
Attorneys for Plaintiff, **LEVI COBOS**, an individual, and on behalf of those similarly situated,

Dated: March 4, 2021

Respectfully Submitted,
**CRAVATH, SWAINE, & MOORE LLP**

By: _____/s/ Kevin J. Orsini_____
Kevin Orsini
Antony L. Ryan
Attorneys for Defendants **ROBINHOOD FINANCIAL LLC**, **ROBINHOOD SECURITIES, LLC** and **ROBINHOOD MARKETS, INC.**